UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHARLES WHITE,

    Plaintiff,

    v.

SADARSHAN SUNEJA, M.D., LINDA FOUTCH, R.N., LINDA GRAY, R.N. JODY HORMANN, R.N., CHARLOTTE MIGET, R.N., FE FUENTES, M.D., MIKE PUISIS, M.D., SHIRLEY ZIEBOLD, M.D., NURSE MCCLURE, R.N., LIEUTENANT ZEIGLER and CORRECTIONAL OFFICER MORTON,

    Defendants.

Case No. 10-cv-332-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Charles White's Due Process claim in Count 1 against doctor John Doe regarding the fact of his being force fed is dismissed with prejudice;

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Charles White's Eighth Amendment claims in Count 1 against defendants Hormann and McClure regarding the manner of force feeding are dismissed without prejudice;

IT IS FURTHER ORDERED AND ADJUDGED that judgment on plaintiff Charles White's Eighth Amendment claims in Count 1 regarding the manner of force feeding is entered in favor of defendants Foutch, Gray, Miget, Garrett, Fuentes, Fahim, Puisis and Ziebold and against plaintiff Charles White;

IT IS FURTHER ORDERED AND ADJUDGED that judgment on plaintiff Charles White's Eighth Amendment claims in Count 2 regarding the forced administration of antipsychotic medication is entered in favor of defendants Suneja, Foutch, Zeigler and Morton and against plaintiff Charles White.

**DATED: March 19, 2013**        **NANCY J. ROSENSTENGEL, Clerk of Court**

    **s/ Jina Hoyt, Deputy Clerk**

**Approved:**    s/J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**